# Birmingham Realty Co. *v.* Tennessee Coal, Iron & Railroad Co.

APPEAL from the Chancery Court of Jefferson. Heard before the Hon. JOHN C. CARMICHAEL.

LONDON & LONDON, for appellant.

No counsel marked as appearing for appellee.

The appeal in this case was dismissed on motion of appellants.

Opinion PER CURIAM.

---

# Lewis *v.* The State.

APPEAL from the Circuit Court of Marengo. Tried before the Hon. A. H. ALSTON.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case was indicted, tried and con- victed for carrying a pistol concealed about his person. The judgment of conviction is affirmed.

Opinion by HARALSON, J.

---

# Birmingham Railway & Electric Co. *v.* Byrd.

APPEAL from the Circuit Court of Jefferson. Tried before the Hon. A. A. COLEMAN.

WALKER, TILLMAN, CAMPBELL & MORROW, for appellant.

BOWMAN, HARSH & BEDDOW, for appellee.

The appeal was dismissed on motion of appellant.

Opinion PER CURIAM.